```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JOHN McCLEARY and CAROL A.      :      CIVIL ACTION
McCLEARY                        :
                                :
     v.                         :
                                :
LEIBENSPERGER TRANSPORTATION    :
SALES, INC., et al.             :      No. 09-1350

ORDER

AND NOW, this 24th day of April, 2009, upon consideration of the Response of Defendant Thomas Built Buses, Inc. (Docket No. 5) to the Court's April 1, 2009, Order to Show Cause (Docket No. 3) why this case should not be remanded for lack of subject-matter jurisdiction, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that this case shall be REMANDED to the Court of Common Pleas of Bucks County.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.